*C. W. Foy,* for plaintiff in error.   *Homer Beeland,* contra.

## SMITH *v.* COCHRAN.

PER CURIAM.   Under the pleadings and the evidence, the judge, to whom the case was submitted for decision without the intervention of a jury, did not err in finding for the defendant and rendering the judgment to which exception is taken.

*Judgment affirmed.   All the Justices concur, except Hines, J., who dissents, and Gilbert, J., absent.*

HINES, J. dissenting.   See *Anderson* v. *Goodwin,* 125 *Ga.* 663, 670 (54 S. E. 679), and cases cited in *Smith* v. *Bennett,* ante, 159.

No. 7944.   JULY 25, 1931.

*C. W. Foy,* for plaintiff.   *Homer Beeland,* for defendant.